IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-81173-RAR

RAYMOND GIBSON, Individually and on
Behalf of All Others Similarly Situated,

        Plaintiff,

v.

LYNN UNIVERSITY, Inc.,

        Defendant.

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all of Plaintiff's claims against the Defendant shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated:  April 29, 2021

        Respectfully submitted,

/s/ Matthew D. Schultz
Matthew D. Schultz, Esq.
Florida Bar No. 0640328
Email: mschultz@levinlaw.com
Rebecca K. Timmons, Esq.
Florida Bar No. 121701
Email: btimmons@levinlaw.com
Brenton J. Goodman, Esq.
Florida Bar No. 126153
Email: bgoodman@levinlaw.com
LEVIN, PAPANTONIO, THOMAS
MITCHELL, RAFFERTY & PROCTOR, P.A.
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502
Telephone: (850) 435-7140

Patrick Madden, Esq.
Email: pmadden@bm.net
BERGER MONTAGUE, P.C.
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000

*Counsel for Plaintiff*

/s/ Mendy Halberstam
Mendy Halberstam, Esq.
Florida Bar No. 68999
Email: mendy.halberstam@jacksonlewis.com
Stephanie L. Adler-Paindiris, Esq.
Florida Bar No. 0523283
Email: stephanie.adler-paindiris@jacksonlewis.com
Allison Gluvna Folk, Esq.
Florida Bar No. 041075
Email: allison.folk@jacksonlewis.com
Leslie Lagomasino Baum, Esq.
Florida Bar No. 1007655
Email: leslie.baum@jacksonlewis.com
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of April 2021, a copy of the foregoing was electronically filed with the Court's CM/ECF System which will send notices of electronic filing and copy to all parties of record.

*s/Matthew D. Schultz*
Matthew D. Schultz (FBN 0640328)
**LEVIN, PAPANTONIO, THOMAS,**
**MITCHELL, RAFFERTY & PROCTOR, P.A.**
mschultz@levinlaw.com
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Tel: (850) 435-7140
Fax: (850) 436-6140

## SERVICE LIST

**United States District Court for the Southern District of Florida**
*Gibson, et al. v. Lynn University, Inc.*
**CASE NO.: 20-CIV-81173-RAR**

Matthew D. Schultz, Esq.
Florida Bar No. 0640328
Email: mschultz@levinlaw.com
Rebecca K. Timmons, Esq.
Florida Bar No. 121701
Email: btimmons@levinlaw.com
Brenton J. Goodman, Esq.
Florida Bar No. 126153
Email: bgoodman@levinlaw.com
LEVIN, PAPANTONIO, THOMAS
MITCHELL, RAFFERTY & PROCTOR, P.A.
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502
Telephone: (850) 435-7140

Patrick Madden, Esq.
Email: pmadden@bm.net
BERGER MONTAGUE, P.C.
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000

*Counsel for Plaintiff and the Proposed Class*

Mendy Halberstam, Esq.
Florida Bar No. 68999
Email: mendy.halberstam@jacksonlewis.com
Stephanie L. Adler-Paindiris, Esq.
Florida Bar No. 0523283
Email: stephanie.adler-paindiris@jacksonlewis.com
Allison Gluvna Folk, Esq.
Florida Bar No. 041075
Email: allison.folk@jacksonlewis.com
Leslie Lagomasino Baum, Esq.
Florida Bar No. 1007655
Email: leslie.baum@jacksonlewis.com
David Z. Feingold, Esq.
Florida Bar No. 1025155
Email: david.feingold@jacksonlewis.com
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600

*Counsel for Defendant*

4815-6276-1186, v. 3