**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-81173-RAR**

**RAYMOND GIBSON**, *individually, and on behalf of all others similarly situated*,

    Plaintiff,

v.

**LYNN UNIVERSITY, INC.**,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** comes before the Court on the parties' Joint Stipulation of Dismissal with Prejudice [ECF No. 78], filed on April 29, 2021. Being fully advised, it is

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice*, with each party to bear their own attorneys' fees and costs.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 29th day of April, 2021.

                        _____
                        **RODOLFO A. RUIZ II**
                        **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record